EMMA A. THOMAS, Appellant, *v.* JAMES C. DAVIS, Respondent, Impleaded with Another.

*Thomas* v. *Davis*, 136 App. Div. 945, affirmed.
(Argued May 18, 1911; decided June 6, 1911.)

APPEAL from a judgment, entered February 5, 1910, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant on the verdict directed by the trial court in an action of ejectment.

*John D. Lynn* and *Milton Noyes* for appellant.

*Eugene Van Voorhis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

RUBBER TRADING COMPANY, Respondent, *v.* THE FISK RUBBER COMPANY, Appellant.

*Rubber Trading Co.* v. *Fisk Rubber Co.*, 136 App. Div. 939, affirmed.
(Argued May 18, 1911; decided June 6, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*William G. Phlippeau* for appellant.

*Harry D. Nims* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.